U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 0 1 2009

~~ROBERT H. SHEMWELL, CLERK~~ Tony R. Moore, Clerk
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FREDDIE LYNN CHANDLER | CIVIL ACTION 08-1634 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| ENCOMPASS INDEMNITY CO. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #7, is GRANTED**. This case is remanded to the 35th Judicial District Court, Parish of Grant, Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 31st day of MARCH, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**